UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROBERT ZICK,

CIV. NO. 00-105 (DSD/JMM)

Plaintiff,

v.

ORDER

CITY OF MAPLEWOOD, DON WINGER, MIKE RYAN, DAVE THOMALLA and JOHN BANICK,

Defendants.

This matter came before the Court on March 6, 2000 for a hearing on Plaintiff's Motion for Leave to Serve and File Second Amended Complaint [Docket No. 18]. John P. Borger, Esq. and Paul B. Civello, Esq. appeared on behalf of Plaintiff; Pierre N. Regnier, Esq. appeared on behalf of Defendants.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order:

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to Serve and File Second Amended Complaint [Docket No. 18] is denied without prejudice for the reasons placed on the record.

Dated: March 6, 2000

JOHN M. MASON
United States Magistrate Judge

FILED MAR - 6 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK