UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROBERT ZICK, CIV. NO. 00-105 (DSD/JMM)

Plaintiff,

v. ORDER

CITY OF MAPLEWOOD, DON WINGER, MIKE RYAN, DAVE THOMALLA, and JOHN BANICK

Defendants.

This matter came before the Court on April 5, 2000 for a hearing on the Motion of Plaintiff for Leave to File a Second Amended Complaint [Docket No. 27]. John P. Borger, Esq. appeared on behalf of Plaintiff; Pierre N. Regnier, Esq. appeared on behalf of Defendants.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order:

IT IS HEREBY ORDERED that the Motion of Plaintiff for Leave to File a Second Amended Complaint [Docket No. 27] is granted. Plaintiff shall cause the Second Amended Complaint to be served upon counsel for Defendants no later than April 12, 2000.

Dated: April 5, 2000

JOHN M. MASON
United States Magistrate Judge

FILED APR 05 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**MEMORANDUM**

Plaintiff's Motion for Leave to File a Second Amended Complaint [Docket No. 27] is granted. Defendants contend that certain specific allegations made by Plaintiff should be withdrawn. The objections raised by Defendant are denied without prejudice. This Court makes no finding on whether the allegations as plead are sufficient.

J.M.M.