UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert Zick,

v.

Civil No. 00-105(DSD/JMM)

City of Maplewood, Minnesota; Don Winger; Mike Ryan; Dave Thomalla; and John Banick.

-------------------------------

Kevin Berglund,

v.

Civil No. 00-1699(JMR/FLN)

City of Maplewood, Minnesota; Don Winger; Mike Ryan; Dave Thomalla; and John Banick.

**ORDER FOR REASSIGNMENT OF RELATED CASES**

Case No. 00-105(DSD/JMM) having been assigned to Judge David S. Doty and Case No. 00-1699(JMR/FLN) having later been assigned to Judge James M. Rosenbaum, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 00-1699(JMR/FLN) be assigned to Judge Doty, nunc pro tunc, by use of a card on the Civil Rights list of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this court's Assignment of Cases Order dated May 28, 1998,

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: July 25, 2000

David S. Doty, Judge
United States District Court

Dated: July 26, 2000

James M. Rosenbaum, Judge
United States District Court

FILED JUL 27 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______