UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-105(DSD/JMM)

Robert Zick,

Plaintiff,

v.

**ORDER**

City of Maplewood, Minnesota, Don Winger, Mike Ryan, Dave Thomalla, and John Banick,

Defendants.

This matter is before the court on plaintiff's objection to the order of Magistrate Judge John M. Mason dated June 21, 2001, denying plaintiff's motion for leave to amend his complaint to add a claim for punitive damages. Plaintiff argues that he delayed his decision to seek punitive damages until discovery indicated that such claims would have factual and legal support. Plaintiff also asserts that the proposed amendment will not delay the case because discovery is closed and he has no intention of seeking permission to conduct additional discovery.

In denying plaintiff's motion to amend, the magistrate judge ruled that these arguments did not establish good cause to extend the scheduling order to allow an untimely amendment of the pleadings. The magistrate judge's ruling is neither "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); D. Minn. L.R. 72.1(b)(2). Accordingly, based on a review of the file and

FILED 7-24-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ________
Deputy Clerk's Initials ______

record herein, **IT IS HEREBY ORDERED** that the motion by plaintiff for leave to amend his complaint [Doc. No. 53] is denied.

Dated: July 23, 2001

David S. Doty, Judge
United States District Court