# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Robert Zick

v.

City of Maplewood, Minnesota; Don Winger; Mike Ryan; Dave Thomalla; and John Banick;

Case No. Civil 00-105 DSD/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Defendants' motions for summary judgment are granted and plaintiffs' claims are dismissed with prejudice.

DATE: October 26, 2001

RICHARD D. SLETTEN, CLERK

Julie Rustad, Deputy Clerk

86